```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION
```

JESSICA L. HYLTON                                        PLAINTIFF

v.                      4:09CV00924-JMM-JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint without prejudice.

IT IS SO ORDERED this 22nd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE