```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

JESSICA L. HYLTON                                      PLAINTIFF

v.                     4:09CV00924-JMM-JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                               DEFENDANT


<u>JUDGMENT</u>

In accordance with the Court's Order entered this date, it is CONSIDERED, ORDERED and ADJUDGED that the complaint is hereby dismissed without prejudice.

IT IS SO ADJUDGED this 22nd day of March, 2011.


_____
UNITED STATES DISTRICT JUDGE